JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ISAAC ARANA-SANCHEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-05024-AYP<br><br>**JUDGMENT** |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is GRANTED.

DATED: November 20, 2026

ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE